CO-386-online
10/03

# United States District Court
# For the District of Columbia

Western Watersheds Project; Sierra Club; Wyoming )
Wildlife Advocates; and Gallatin Wildlife Association )
)
)
                  Plaintiff )
vs )    Civil Action No. 17-cv-1063
)
Sonny Perdue, U.S. Dept. of Agriculture; )
Thomas Tidwell, U.S. Forest Service )
)
                  Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiffs  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Plaintiffs  which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/William S. Eubanks II
Signature

987036                        William S. Eubanks II
BAR IDENTIFICATION NO.       Print Name

2601 S. Lemay Avenue, Unit 7-240
Address

Fort Collins, CO 80525
City        State        Zip Code

(970) 703-6060
Phone Number