# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, ET AL. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TIDWELL, ET AL. )<br>)<br>Defendant )<br>) | No. 1:17-cv-01063-KBJ |

## NOTICE OF APPEARANCE

Please take notice of the appearance of LAUREN D. ADKINS as attorney of record for the

Federal Defendants in the above-referenced matter.  Service of all papers should be made to the

following addresses:


<u>U. S. Mail</u>
Lauren D. Adkins
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

<u>Express Delivery (i.e. FedEx and UPS)</u>
Lauren D. Adkins
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, N.W., Room 3135
Washington, D.C. 20004


DATED: June 14, 2017            Respectfully Submitted,

                                                   JEFFREY H. WOOD
                                                   ACTING ASSISTANT ATTORNEY GENERAL
                                                   Environment & Natural Resources Division
                                                   United States Department of Justice

/s/ Lauren D. Adkins
LAUREN D. ADKINS
(D.C. Bar 1021760
lauren.adkins@usdoj.gov
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: 202-305-0247
Fax: 202-305-0506