# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

December 21, 2018

Chris Wolpert
Chief Deputy Clerk

Mr. Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

Mr. Tyler M. Alexander
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

Ms. Abigail Christine Boudewyns
Mr. Erik Petersen
Mr. Michael M. Robinson
Office of the Attorney General for the State of Wyoming
2320 State Capitol
Cheyenne, WY 82002

Mr. William Stewart Eubanks II
Meyer Glitzenstein & Eubanks
3206 Norwood Court
Fort Collins, CO 80525

Mr. Eric R. Glitzenstein
Ms. Elizabeth L. Lewis
Meyer Glitzenstein & Eubanks
4115 Wisconsin Avenue NW, Suite 210
Washington, DC 20016

Mr. Nathan Maxon
342 Parks Street
Lander, WY 82520

Mr. John Tustin
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

Mr. Nicholas Vassallo
Office of the United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003-0668

Ms. Evelyn S. Ying
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044

**RE:**     **18-8090, Western Watersheds Project, et al v. Christiansen, et al**
           Dist/Ag docket: 2:17-CV-00202-NDF

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

                                               Sincerely,

                                               Elisabeth A. Shumaker
                                               Clerk of the Court

EAS/lab