FILED  
United States Court of Appeals  
Tenth Circuit  

December 21, 2018  

Elisabeth A. Shumaker  
Clerk of Court  

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

─────────────────────────────

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., <br><br> Petitioners - Appellees, <br><br> v. <br><br> VICKI CHRISTIANSEN, Chief, United States Forest Service, et al., <br><br> Respondents. <br><br> ------------------------------ <br><br> STATE OF WYOMING, <br><br> Intervenor Respondent - Appellant. | No. 18-8090 <br> (D.C. No. 2:17-CV-00202-NDF) <br> (D. Wyo.) |

─────────────────────────────

**ORDER**

─────────────────────────────

Appellant's motion to dismiss this matter is granted.  *See* 10th Cir. R. 27.4(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk