FILED

11:27 am, 1/17/19

Stephan Harris
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civ. No. 17-cv-202-NDF ) |
| VICKI CHRISTIANSEN, Chief, U.S. Forest Service, *et al.*, | ) ) ) |
| Respondents, | ) ) |
| and | ) ) |
| STATE OF WYOMING, | ) ) |
| Respondent-Intervenor | ) |

**ORDER GRANTING UNOPPOSED MOTION TO HOLD IN ABEYANCE FURTHER PROCEEDINGS IN CONNECTION WITH PETITIONERS' MOTION FOR ATTORNEYS' FEES AND COSTS**

This matter is before the Court on Petitioner's unopposed motion seeking to hold in abeyance further proceedings related to Petitioners' application for attorneys' fees and costs. The Court has reviewed the motion and is fully informed in the premises.

**IT IS ORDERED** that Petitioner's Motion is GRANTED. The Court will STAY any further proceedings in this case until ninety (90) days after appropriations have been restored to *both* the Department of Justice *and* the Department of Agriculture.

Dated this  17th  day of January, 2019.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE